UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGIANNE E. KEELING, | NO. CV-06-3098-AMJ |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on November 15, 2007 **(Ct. Rec. 29)**, recommending that Plaintiff's Motion for Summary Judgment **(Ct. Rec. 21)** be **granted** and the case **remanded** for further proceedings and Defendant's Motion for Summary Judgment **(Ct. Rec. 25)** be **denied**. No objections have been filed. Having reviewed the report and recommendation, and there being no objections thereto, the court adopts the magistrate judge's report and recommendation in its entirety.

**IT IS HEREBY ORDERED** that the Report and Recommendation **(Ct. Rec. 29)** to grant Plaintiff's Motion for Summary Judgment and remand for further proceedings and deny Defendant's Motion for Summary Judgment is **ADOPTED in its entirety**. The Commissioner's decision to deny Plaintiff benefits is **Reversed**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and an Order of Judgment, forward copies to counsel, and close the file.

DATED this 7th day of December, 2007.

s/ Fred Van Sickle
FRED VAN SICKLE
UNITED STATES DISTRICT JUDGE